**Entered on Docket
January 25, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>STEVEN C. KANE dba IDEAL OFFICE INTERIORS, INC. and LINDA SIEGEL KANE dba OFFICE INTERIORS, INC.,<br><br>Debtor. | Case No.: BK-S-05-17401-BAM<br>Chapter 7<br><br><br>Date:  November 16, 2005<br>Time: 2:30 p.m. |

**SECOND ERRATA TO "OPINION SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' HOMESTEAD EXEMPTION"**

On page 3, footnote #6, line 17 ½ , substitute the word "sell" for "see."

Copies sent to:

David J. Winterton
david@davidwinterton.com  diane@davidwinterton.com

Marc Andrews
21680 Gateway Center Drive #280
Diamond Bar, CA  91765

Don E. Lanson
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

1  Steven A. Schuman
   Leonard Dicker & Schreiber
2  9430 Olympic Boulevard, Suite 400
   Beverly Hills, CA 90212
3
   James F. Lisowski, Sr.
4  P.O. Box 95695
   Las Vegas, NV 89193
5
   Trustee U.S. Trustee - Lv - 7
6  300 Las Vegas Boulevard S.
   Suite 4300
7  Las Vegas, NV 89101

8
                                    # # #
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                     2